# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARK W. DOBRONSKI,                                    Case No. 26-10375

     Plaintiff,                                    Hon.  Jonathan J.C. Grey

v.

ETHOS TECHNOLOGIES, INC. et al.,

     Defendants.

_____/

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL (ECF No. 15)

Upon consideration of attorneys Joseph R. Jeffery's and Vittorio F. Terrizzi's motion for withdrawal of counsel (ECF No. 15), the Court hereby **GRANTS** the motion. **IT IS ORDERED** that Joseph R. Jeffery and Vittorio F. Terrizzi are terminated as counsel of record for Defendant Ethos Technologies, Inc. ("Ethos"). Attorney Ryan D. Watstein shall continue to represent Ethos.

    **SO ORDERED.**

Dated:  April 2, 2026                    **s/ Jonathan J.C. Grey**
                                      Jonathan J.C. Grey
                                      United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 2, 2026.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager