## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARK W. DOBRONSKI,

      Plaintiff,

  v.

ETHOS TECHNOLOGIES INC.,
ANTHONY AISAR SAADO, and
DOE TELEMARKETERS 1-10,

      Defendants.

Case No.: 2:26-CV-10375-JJCG-APP
District Judge Jonathan J.C. Grey
Magistrate Judge Anthony P. Patti

## DEFENDANT ETHOS TECHNOLOGIES INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant Ethos Technologies Inc. hereby submits its Answer and Affirmative Defenses to Plaintiff Mark W. Dobronski's Complaint.

## INTRODUCTION[1]

1.    This paragraph does not contain well-pleaded allegations of fact, and no response is required. To the extent a response is required, Ethos states that the quoted authority speaks for itself and denies any allegations inconsistent therewith. Except as expressly admitted, Ethos denies the allegations in this paragraph.

2.    Denied.

---

[1] For the Court's convenience, Ethos uses the same headings as those used by Plaintiff in the Complaint. By doing so, Ethos does not admit or agree with any characterizations therein.

1

3.      Denied.

4.      Denied.

## PARTIES

5.      Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

6.      Ethos admits that it is a Delaware corporation, admits that it is registered to do business in Michigan, admits that it operates a business address at 1606 Headway Circle, Austin, Texas 78754, but denies the remaining allegations in this paragraph.

7.      Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

8.      Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

9.      Denied.

10.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

11.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

## JURISDICTION AND VENUE

12.     Ethos admits that Plaintiff asserts a federal claim which presents a

2

federal question under 28 U.S.C. § 1331 but denies that the Court has jurisdiction under Article III of the U.S. Constitution.

13. Denied.

14. Denied.

15. Denied.

**FACTUAL ALLEGATIONS**

16. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

17. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

18. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

19. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

20. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

21. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

<u>Call 1</u>

26. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

27. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

28. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

29. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

30. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

31. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

32. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

33. Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

34.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

35.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 2</u>

36.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

37.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

38.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

39.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

40.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

41.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

42.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

43.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

44.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

45.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 3</u>

46.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

47.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

48.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 4</u>

49.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 5</u>

50.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

51.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

52.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

Call 6

53.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

54.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

55.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

Call 7

56.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

57.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

58.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 8</u>

59.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

60.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

61.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 9</u>

62.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

63.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

64.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 10</u>

65.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

66.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

67.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

### Call 11

68.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

69.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

70.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

### Call 12

71.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

72.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

73.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

### Call 13

74.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

75.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

76.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

77.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

78.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

79.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

80.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

81.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

82.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

83.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 14</u>

84.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 15</u>

85.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 16</u>

86.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

87.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

88.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Call 17</u>

89.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

90.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

91.     Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

Call 18

92.    Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

93.    Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

94.    Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

Call 19

95.    Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

96.    Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

97.    Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

Call 20

98.    Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

99.    Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

100.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

### Call 21

101.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

102.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

103.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

### Call 22

104.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

105.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

106.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

### Call 23

107.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

108.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

109.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

110.   Ethos lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies the same.

<u>Additional Allegations</u>

111.   Denied.

112.   Denied.

113.   Denied.

114.   Denied.

115.   Denied.

116.   Denied.

117.   Denied.

118.   Denied.

119.   Denied.

120.   Denied.

121.   Denied.

122.   Denied.

123.   Denied.

## CLAIMS FOR RELIEF

### COUNT I
### TCPA – 47 C.F.R. § 64.1200(a)(1)(iii)

124. Ethos incorporates all other responses as though fully set forth herein.

125. Denied.

126. Denied.

### COUNT II
### TCPA – 47 C.F.R. § 64.1200(a)(2)

127. Ethos incorporates all other responses as though fully set forth herein.

128. Denied.

129. Denied.

### COUNT III
### TCPA – 47 C.F.R. § 64.1200(a)(6)

130. Ethos incorporates all other responses as though fully set forth herein.

131. Denied.

132. Denied.

### COUNT IV
### TCPA – 47 C.F.R. § 64.1200(c)(2)

133. Ethos incorporates all other responses as though fully set forth herein.

134. Denied.

135. Denied.

15

## COUNT V
### TCPA – 47 C.F.R. § 64.1200(d)(3)

136. Ethos incorporates all other responses as though fully set forth herein.

137. Denied.

138. Denied.

## COUNT VI
### TCPA – 47 C.F.R. § 64.1200(d)(4)

139. Ethos incorporates all other responses as though fully set forth herein.

140. Denied.

141. Denied.

## COUNT VII
### TCPA – 47 C.F.R. § 64.1606(e)

142. Ethos incorporates all other responses as though fully set forth herein.

143. Denied.

144. Denied.

## COUNT VIII
### MHSSA

145. Ethos incorporates all other responses as though fully set forth herein.

146. Denied.

## COUNT IX
### MTCCCA

147. Ethos incorporates all other responses as though fully set forth herein.

148. Denied.

16

## COUNT X
## MCPA

149.   Ethos incorporates all other responses as though fully set forth herein.

150.   Denied.

151.   Denied.

## PRAYER FOR RELIEF

Ethos denies the allegations in Plaintiff's unnumbered prayer for relief, including subsections A. I through iv., and denies that Plaintiff is entitled to any relief whatsoever.

## GENERAL DENIAL

Ethos denies any and all other allegations in the Complaint that are not specifically admitted herein.

## DEFENSES

Ethos asserts the following defenses without assuming the burden of proof as to such defenses that would otherwise rest with Plaintiff.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

The Complaint fails to allege facts sufficient to state a cause of action against Ethos. For example, the Complaint fails to allege that Ethos used an automatic telephone dialing system.

17

## SECOND AFFIRMATIVE DEFENSE
### (Reasonable Practices)

Some or all claims alleged in the Complaint are barred because Ethos implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the TCPA, related regulations, and the alleged state laws.

## THIRD AFFIRMATIVE DEFENSE
### (Consent)

Plaintiff is barred from asserting his claims to the extent the calls at issue were made with his prior express consent.

## FOURTH AFFIRMATIVE DEFENSE
### (Acquiescence, Estoppel, Waiver, and Unclean Hands)

Plaintiff is barred from asserting his claims, in whole or in part, by the doctrines of acquiescence, estoppel, waiver, and/or unclean hands.  For example, Plaintiff cannot assert claims under the TCPA against Ethos to the extent he voluntarily provided telephone numbers and/or inquired into and expressed interest in Defendant's services.

## FIFTH AFFIRMATIVE DEFENSE
### (Fault of Third Parties)

To the extent that the Complaint states a claim, third parties or Plaintiff himself caused or were responsible for the alleged harm.

## SIXTH AFFIRMATIVE DEFENSE
### (Laches)

Plaintiff is barred from asserting his claims in whole or in part by the doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

Plaintiff is barred from asserting his claims in whole or in part by his failure to mitigate his purported damages.

## EIGHTH AFFIRMATIVE DEFENSE
### (No Knowing or Willful Misconduct)

Any claim for treble or punitive damages is barred because Ethos did not engage in knowing or willful misconduct.

## NINTH AFFIRMATIVE DEFENSE
### (No Proximate Cause)

Ethos did not proximately cause any damages, injury, or violation alleged in the Complaint. Instead, to the extent any harm occurred, the acts of third parties (such as vendors, Plaintiff, or other persons who provided the number on which Plaintiff was allegedly called) proximately caused any damages, injuries, or violations at issue.

## TENTH AFFIRMATIVE DEFENSE
### (Standing)

Plaintiff lacks standing to bring the claims alleged in the Complaint, especially against Ethos, pursuant to *Spokeo, Inc. v. Robins*, 578 U.S. 330 (2015)

19

and *TransUnion v. Ramirez*, 594 U.S. 415 (2021), because Plaintiff suffered no harm, and any such alleged harm caused by the calls at issue (which Ethos denies) is not fairly traceable to any violation allegedly committed by Ethos.

**ELEVENTH AFFIRMATIVE DEFENSE**
**(Good Faith)**

Any and all claims brought in the Complaint are barred because Ethos or the persons who placed the calls possessed a good faith belief that they had consent to call the numbers at issue.

**TWELFTH AFFIRMATIVE DEFENSE**
**(No Agency or Vicarious Liability and Proportional Allocation of Fault)**

Any damages, injury, violation, or wrongdoing alleged in the Complaint was caused by third parties or Plaintiff for which Ethos cannot be held vicariously liable. Further, Ethos did not authorize, ratify, encourage, participate in, aid, abet, or assist in any of the conduct alleged in the Complaint and cannot be held liable for it. For example, to the extent vendors caused any damages, injury, violations of the law or wrongdoing or engaged in the conduct alleged in the Complaint, those vendors acted outside the scope or in violation of the parties' agreements and Ethos did not approve of that conduct. Ethos did not ratify any of the conduct of which the Complaint complains and cannot be held liable for it.

**THIRTEENTH AFFIRMATIVE DEFENSE**
**(Adequate Remedy at Law)**

The Complaint fails to state a claim for injunctive relief because Plaintiff has

20

an adequate remedy at law. For example, the TCPA provides for statutory penalties of $500 to $1,500 per call, or monetary compensation for actual damages.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (First Amendment)

The TCPA, MHSSA, MTCCCA, and the regulations and rules promulgated thereunder violate the First Amendment of the United States Constitution. For example, they impose content-based restrictions on speech that fail to withstand strict scrutiny.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Due Process)

The application of the TCPA, MHSSA, or MTCCCA upon which the Complaint is based, including the imposition of statutory damages on Ethos, would violate the Due Process provisions of the United States Constitution. For example, certain definitions contained in the TCPA render it unconstitutionally vague so that it fails to give a person of ordinary intelligence adequate notice of the conduct that is prohibited. *Grayned v. City of Rockford*, 408 U.S. 104, 108 (1972).

## SIXTEENTH AFFIRMATIVE DEFENSE
### (No "Call")

Ethos did not "make any call" to Plaintiff, as that term is used in the TCPA,

21

47 U.S.C. § 227(b)(1)(A).

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (No Authorization to Make Calls)

None of the subject calls were made by Ethos, nor authorized to be made on its behalf.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (No "Pre-recorded" or "Artificial" Voice)

Some or all of Plaintiff's claims are barred to the extent that a "pre-recorded voice" or "artificial voice," as defined by the TCPA, did not play, or wholly play, including without the assistance of a live agent in an interactive fashion, on the alleged calls.

## NINETEENTH AFFIRMATIVE DEFENSE
### (No Automatic Telephone Dialing System)

Some or all of Plaintiff's claims are barred because Ethos did not use an automatic telephone dialing system as defined under the asserted statutes. *See*, *e.g.*, *Facebook v. Duguid*, 592 U.S. 395 (2021).

## TWENTIETH AFFIRMATIVE DEFENSE
### (No Charge)

Plaintiff was not "charged for the call" with respect to the calls at issue in this lawsuit, as that term is used in the TCPA.

## TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Hobbs Act)

The Hobbs Act cannot be validly or constitutionally applied to preclude Ethos

22

from raising defenses to an action arising under the TCPA or rules or regulations promulgated thereunder.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**
**(Substantial Compliance with Laws)**

Ethos is not liable to Plaintiff because it acted reasonably and with due care and substantially complied with all applicable statutes, regulations, ordinances, and/or other laws.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**
**(*Bona Fide* Error)**

Any and all claims brought in the Complaint are barred in whole or in part because, to the extent there was any violation of the TCPA and related regulations (which is denied), any such violation was not intentional and resulted from a *bona fide* error.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**
**(FCC Exceeding Delegated Authority)**

Plaintiff's TCPA claim is barred to the extent it is based on regulations or rulings that exceed the FCC's delegated authority.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**
**(No Immediate Threat of Future Injury)**

Plaintiff's request for injunctive relief is barred with respect to any alleged TCPA claims as the alleged violations are not likely to recur.

23

## TWENTY-SIXTH AFFIRMATIVE DEFENSE
### (Established Business Relationship)

Some or all of the claims brought in the Complaint are barred because Plaintiff had an established business relationship with Defendant at the relevant times.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE
### (No state authority)

The alleged telephone calls may not have been made from a telephone company regulated by the State of Michigan or to a Michigan resident, thus Plaintiff's claim under the MTCCCA may not be actionable.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE
### (Texts not calls)

Some or all of Plaintiff's claims are barred because an SMS text message is not a "call" under the relevant authority.

## TWENTY-NINTH AFFIRMATIVE DEFENSE
### (No private right of action)

Some or all of Plaintiff's claims are barred because the regulations they are asserted under do not give rise to a private right of action.

## THIRTIETH AFFIRMATIVE DEFENSE
### (Insurance exclusion)

Some or all of Plaintiff's claims are barred because they fall under insurance exemptions or exclusions in the applicable statutes they arise under.

## THIRTY-FIRST AFFIRMATIVE DEFENSE
### (Preemption or other remedy)

Some or all of Plaintiff's claims are barred or must be substantially reduced

because they are preempted by other statutes or would amount to a double recovery to Plaintiff.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**
**(No Deception)**

Plaintiff's claim under the MCPA is barred because Ethos did not have a deceptive, unfair, or misleading practice.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**
**(No reliance)**

Plaintiff's claim under the MCPA is barred because Plaintiff did not rely on any alleged deceptive, unfair, or misleading practice, nor did any such reliance cause any injury.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**
**(No actual damages)**

Some or all of Plaintiff's claims are barred because he did not suffer any actual damages.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**
**(Arbitration)**

Some or all of Plaintiff's claims are subject to a binding arbitration agreement he may have formed by agreeing to Ethos's terms of use through his usage of Ethos's website.

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**
**(No residential number)**

Some or all of Plaintiff's claims are barred because his phone number is not a

25

residential phone number but is used for business purposes, such as for manufacturing TCPA claims.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE
### (Reservation of Right to Assert Further Defenses)

Ethos has not knowingly or intentionally waived any applicable defenses and gives notice that it intends to rely on such other and further affirmative defenses as may become available during discovery in this action. Ethos reserves the right to amend its Answer to assert any such defense.

WHEREFORE Ethos respectfully requests that judgment be entered as follows:

1. That Plaintiff take nothing from Ethos by reason of this Complaint and that judgment be entered in Ethos's favor;

2. For dismissal of the Complaint with prejudice and on the merits;

3. For an award of costs and attorneys' fees to Ethos; and

4. For such other and further relief as this Court deems just and proper.

Dated: April 8, 2026            Respectfully submitted,

Max A. Aidenbaum (P78793)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3093
maidenbaum@dickinsonwright.com

26

*/s/ Ryan D. Watstein*
Ryan D. Watstein
E. Keith Emanuel
(application for admission
forthcoming)
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel: (404) 782-0695
ryan@wtlaw.com
kemanuel@wtlaw.com

*Counsel for Defendant*

27

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record and am serving on the pro se Plaintiff contemporaneously with filing.

By: */s/ Ryan D. Watstein*
Ryan D. Watstein